UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
MARTE, JR., MARINO  
MARTE, VICTORIA

Case No.: 21-13635 (SLM)  
Chapter: 7  
Judge: STACEY L. MEISEL

## NOTICE OF PROPOSED ABANDONMENT

Jay L. Lubetkin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable STACEY L. MEISEL on July 6, 2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 385 Harvard Avenue<br>Hillside, NJ 07205<br><br>Current Market Value: $290,000.00 |
|---|---|

| Liens on property: | $278,083.52 |
|---|---|

| Amount of equity claimed as exempt: | $1,916.48 |
|---|---|

Objections must be served on, and requests for additional information directed to:

NAME: /s/Jay L. Lubetkin, Chapter 7 Trustee  
FIRM NAME: Rabinowitz, Lubetkin & Tully, L.L.C.  
ADDRESS: 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039  
TELEPHONE NO: (973) 597-9100  
SUBMITTED BY: Jay L. Lubetkin   POSITION: Chapter 7 Trustee   PHONE: (973)597-9100  
DATED: June 4, 2021

In re:  
Marino Marte, JR.  
Victoria Marte  
    Debtors

Case No. 21-13635-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 04, 2021 | Form ID: pdf905 | Total Noticed: 89 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marino Marte, JR., Victoria Marte, 385 Harvard Avenue, Hillside, NJ 07205-2004 |
| 519200294 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 519200298 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519200295 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519200301 | + | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 519200302 | + | Cap1/Justice, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 519200312 | + | CitiFinancial, Attn: Bankruptcy, 605 Munn Road, Fort Mill, SC 29715-8421 |
| 519200311 | + | Citibank/Best Buy, c/o Radius Global Solutions, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 519200317 | + | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 519200316 | + | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 519200327 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519200328 | + | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519200330 | + | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 519200329 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519200341 | + | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 519200339 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 519200346 | + | LendingUSA, Attn: Bankruptcy, 15303 Ventura Blvd, Ste 850, Sherman Oals, CA 91403-6630 |
| 519200352 | + | Midland Morgage, Attn: Bankruptcy Department, P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 519200354 | + | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 519200355 | + | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 519200365 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 519200366 | + | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 519200388 | + | TD Bank USA, N.A. / Target, c/o Lyons Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-1725 |
| 519200390 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, 4 Gatehall Dr. #350, Parsippany, NJ 07054 |
| 519200387 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519200391 | | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519200392 | + | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2021 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2021 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:11:48 | Synchrony Bank c/o PRA Receivables |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519200286 | + | Email/Text: backoffice@affirm.com | Jun 04 2021 21:17:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 519200289 | + | Email/Text: backoffice@affirm.com | Jun 04 2021 21:17:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519200292 | + | Email/Text: bk@avant.com | Jun 04 2021 21:16:00 | Avant, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 519200303 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 04 2021 21:10:51 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519200304 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 04 2021 21:10:51 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519200308 | + | Email/Text: bk.notifications@jpmchase.com | Jun 04 2021 21:15:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 519200309 | + | Email/Text: bk.notifications@jpmchase.com | Jun 04 2021 21:15:00 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 519200313 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2021 21:11:05 | CitiFinancial, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519200310 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2021 21:12:11 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519200314 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 04 2021 21:15:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519200315 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 04 2021 21:15:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 519200318 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 04 2021 21:10:53 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519200319 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 04 2021 21:11:59 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519200323 | | Email/PDF: DellBKNotifications@resurgent.com | Jun 04 2021 21:11:05 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 519200325 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2021 21:12:14 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519200326 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2021 21:11:01 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 519200324 | + | Email/PDF: DellBKNotifications@resurgent.com | Jun 04 2021 21:12:11 | Dell Financial Services LLC, Po Box 81607, Austin, TX 78708-1607 |
| 519200331 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 04 2021 21:16:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 519200332 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 04 2021 21:16:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519200334 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 04 2021 21:17:00 | Genesis Bc/Celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 519200333 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 04 2021 21:17:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519200336 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 04 2021 21:17:00 | Hyundai Motor Finance, 10550 Talbert Av, Fountain Valley, CA 92708 |
| 519200335 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 04 2021 21:17:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley, CA 92728-0809 |
| 519200337 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 04 2021 21:14:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| Recipient ID | | Notice Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| 519200344 | + | Email/Text: Documentfiling@lciinc.com | Jun 04 2021 21:14:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 519200345 | + | Email/Text: Documentfiling@lciinc.com | Jun 04 2021 21:14:00 | LendingClub, 595 Market St, San Francisco, CA 94105-2807 |
| 519200351 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 04 2021 21:10:36 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519200350 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 04 2021 21:10:36 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519200353 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jun 04 2021 21:10:48 | Midland Mortgage, Attn: Bankruptcy, P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 519200356 | + | Email/PDF: cbp@onemainfinancial.com | Jun 04 2021 21:11:43 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519200357 | + | Email/PDF: cbp@onemainfinancial.com | Jun 04 2021 21:10:38 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 519200358 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 04 2021 21:14:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 519200359 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 04 2021 21:14:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 519200361 | + | Email/Text: bankruptcy@prosper.com | Jun 04 2021 21:16:00 | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 519200360 | + | Email/Text: bankruptcy@prosper.com | Jun 04 2021 21:16:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519200364 | | Email/PDF: cbp@onemainfinancial.com | Jun 04 2021 21:11:44 | Springleaf Financial S, 119 Us Highway 22, Green Brook, NJ 08812 |
| 519200362 | + | Email/Text: bankruptcy@savit.com | Jun 04 2021 21:17:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519200363 | + | Email/Text: bankruptcy@savit.com | Jun 04 2021 21:17:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519200367 | + | Email/Text: BKRMailOPS@weltman.com | Jun 04 2021 21:15:00 | Sterling Jewelers, Inc., 375 Ghent Rd, Akron, OH 44333-4600 |
| 519200371 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:11:48 | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 519200370 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:10:42 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519200369 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:11:48 | Syncb/hhgreg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519200368 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:11:48 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519201631 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:10:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519200372 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:10:42 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 519200373 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:11:48 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 519200374 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:10:43 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519200375 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:11:48 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 519200376 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:10:43 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519200377 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:10:43 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519200378 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:10:43 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519200379 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:11:48 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519200380 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:11:48 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519200382 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:10:42 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519200384 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:10:42 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519200385 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:11:48 | Synchrony Bank/PC Richards & Sons, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519200386 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:10:42 | Synchrony Bank/Walmart, Po Box 530927, Atlanta, GA 30353-0927 |
| 519200394 |   | Email/Text: bknotice@upgrade.com | Jun 04 2021 21:13:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 519200393 |   | Email/Text: bknotice@upgrade.com | Jun 04 2021 21:13:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |

TOTAL: 62

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519200287 | *+ | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 519200288 | *+ | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 519200290 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519200291 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519200293 | *+ | Avant, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 519200296 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519200297 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519200299 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519200300 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519200305 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519200306 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519200307 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519200320 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519200321 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519200322 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519200338 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519200343 | *+ | Kia Motors Finance, Attn: Bankruptcy, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 519200340 | *+ | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 519200342 | *+ | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 519200349 | *+ | LendingUSA, Po Box 503430, San Diego, CA 92150-3430 |
| 519200347 | *+ | LendingUSA, Attn: Bankruptcy, 15303 Ventura Blvd, Ste 850, Sherman Oals, CA 91403-6630 |
| 519200381 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519200383 | *+ | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519200389 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 519200348 | ##+ | LendingUSA, Po Box 503430, San Diego, CA 92150-3430 |

TOTAL: 0 Undeliverable, 24 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jay L. Lubetkin | jlubetkin@rltlawfirm.com  NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com |
| Jay L. Lubetkin | on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com |
| Mark Goldman | on behalf of Joint Debtor Victoria Marte yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Mark Goldman | on behalf of Debtor Marino Marte  JR. yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5