**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Marino Marte JR.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3646<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Victoria Marte<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1373<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   21-13635-SLM

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marino Marte JR.                                    Victoria Marte

7/30/21                                             **By the court:**  Stacey L. Meisel
                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-13635-SLM
Marino Marte, JR.  Chapter 7
Victoria Marte
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 5
Date Rcvd: Jul 30, 2021     Form ID: 318     Total Noticed: 90

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marino Marte, JR., Victoria Marte, 385 Harvard Avenue, Hillside, NJ 07205-2004 |
| 519200302 | + | Cap1/Justice, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 519200301 | + | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 519200312 | + | CitiFinancial, Attn: Bankruptcy, 605 Munn Road, Fort Mill, SC 29715-8421 |
| 519200311 | + | Citibank/Best Buy, c/o Radius Global Solutions, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 519200327 |  | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519200328 | + | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519200329 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519200330 | + | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 519200341 | + | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 519200346 | + | LendingUSA, Attn: Bankruptcy, 15303 Ventura Blvd, Ste 850, Sherman Oals, CA 91403-6630 |
| 519200352 | + | Midland Morgage, Attn: Bankruptcy Department, P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 519200354 | + | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 519200355 | + | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 519200365 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 519200366 | + | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 519200388 | + | TD Bank USA, N.A. / Target, c/o Lyons Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-1725 |
| 519200391 |  | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519200392 | + | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 30 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 30 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Jul 31 2021 00:28:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519200286 | + | Email/Text: backoffice@affirm.com | Jul 30 2021 20:28:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 519200289 | + | Email/Text: backoffice@affirm.com | Jul 30 2021 20:28:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519200292 | + | Email/Text: bk@avant.com | Jul 30 2021 20:28:00 | Avant, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 519200294 | | EDI: BANKAMER.COM | Jul 31 2021 00:28:00 | Bank of America, Po Box 982238, El Paso, TX 79998 |

Case 21-13635-SLM    Doc 14    Filed 08/01/21    Entered 08/02/21 00:14:53    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 30, 2021 | Form ID: 318 | Total Noticed: 90 |

| | | | |
|---|---|---|---|
| 519200295 | + EDI: TSYS2.COM | Jul 31 2021 00:28:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519200298 | + EDI: TSYS2.COM | Jul 31 2021 00:28:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519200303 | + EDI: CAPITALONE.COM | Jul 31 2021 00:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519200304 | + EDI: CAPITALONE.COM | Jul 31 2021 00:28:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519200308 | + EDI: CHASEAUTO | Jul 31 2021 00:28:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 519200309 | + EDI: CHASEAUTO | Jul 31 2021 00:28:00 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 519200313 | + EDI: CITICORP.COM | Jul 31 2021 00:28:00 | CitiFinancial, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519200310 | + EDI: CITICORP.COM | Jul 31 2021 00:28:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519200314 | + EDI: WFNNB.COM | Jul 31 2021 00:28:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519200315 | + EDI: WFNNB.COM | Jul 31 2021 00:28:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 519200317 | + EDI: CRFRSTNA.COM | Jul 31 2021 00:28:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 519200316 | + EDI: CRFRSTNA.COM | Jul 31 2021 00:28:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 519200318 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 30 2021 20:40:25 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519200319 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 30 2021 20:40:40 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519200323 | Email/PDF: DellBKNotifications@resurgent.com | Jul 30 2021 20:40:33 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 519200325 | + EDI: CITICORP.COM | Jul 31 2021 00:28:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519200326 | + EDI: CITICORP.COM | Jul 31 2021 00:28:00 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 519200324 | + Email/PDF: DellBKNotifications@resurgent.com | Jul 30 2021 20:40:26 | Dell Financial Services LLC, Po Box 81607, Austin, TX 78708-1607 |
| 519200331 | + EDI: BLUESTEM | Jul 31 2021 00:28:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 519200332 | + EDI: BLUESTEM | Jul 31 2021 00:28:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519200334 | + EDI: PHINGENESIS | Jul 31 2021 00:28:00 | Genesis Bc/Celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 519200333 | + EDI: PHINGENESIS | Jul 31 2021 00:28:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519200336 | EDI: HY11.COM | Jul 31 2021 00:28:00 | Hyundai Motor Finance, 10550 Talbert Av, Fountain Valley, CA 92708 |
| 519200335 | + EDI: HY11.COM | Jul 31 2021 00:28:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley, CA 92728-0809 |

Case 21-13635-SLM    Doc 14    Filed 08/01/21    Entered 08/02/21 00:14:53    Desc Imaged
                                Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 30, 2021 | Form ID: 318 | Total Noticed: 90 |

| | | | |
|---|---|---|---|
| 519200337 | EDI: IRS.COM | Jul 31 2021 00:28:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519200339 | + EDI: FORD.COM | Jul 31 2021 00:28:00 | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 519200344 | + EDI: LENDNGCLUB | Jul 31 2021 00:28:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 519200345 | + EDI: LENDNGCLUB | Jul 31 2021 00:28:00 | LendingClub, 595 Market St, San Francisco, CA 94105-2807 |
| 519200351 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 30 2021 20:40:23 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519200350 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 30 2021 20:40:29 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519200353 | + EDI: AISMIDFIRST | Jul 31 2021 00:28:00 | Midland Mortgage, Attn: Bankruptcy, P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 519200356 | + EDI: AGFINANCE.COM | Jul 31 2021 00:28:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519200357 | + EDI: AGFINANCE.COM | Jul 31 2021 00:28:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 519200358 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 30 2021 20:27:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 519200359 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 30 2021 20:27:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 519200361 | + Email/Text: bankruptcy@prosper.com | Jul 30 2021 20:28:00 | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 519200360 | + Email/Text: bankruptcy@prosper.com | Jul 30 2021 20:28:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519200364 | EDI: AGFINANCE.COM | Jul 31 2021 00:28:00 | Springleaf Financial S, 119 Us Highway 22, Green Brook, NJ 08812 |
| 519200362 | + Email/Text: bankruptcy@savit.com | Jul 30 2021 20:28:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519200363 | + Email/Text: bankruptcy@savit.com | Jul 30 2021 20:28:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519200367 | + Email/Text: BKRMailOPS@weltman.com | Jul 30 2021 20:27:00 | Sterling Jewelers, Inc., 375 Ghent Rd, Akron, OH 44333-4600 |
| 519200371 | + EDI: RMSC.COM | Jul 31 2021 00:28:00 | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 519200370 | + EDI: RMSC.COM | Jul 31 2021 00:28:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519200369 | + EDI: RMSC.COM | Jul 31 2021 00:28:00 | Syncb/hhgreg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519200368 | + EDI: RMSC.COM | Jul 31 2021 00:28:00 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519201631 | + EDI: RMSC.COM | Jul 31 2021 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519200372 | + EDI: RMSC.COM | Jul 31 2021 00:28:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 519200373 | + EDI: RMSC.COM | Jul 31 2021 00:28:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 519200374 | + EDI: RMSC.COM | Jul 31 2021 00:28:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

Case 21-13635-SLM    Doc 14    Filed 08/01/21    Entered 08/02/21 00:14:53    Desc Imaged
                      Certificate of Notice    Page 6 of 7

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 30, 2021 | Form ID: 318 | Total Noticed: 90 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519200375 | + | EDI: RMSC.COM | Jul 31 2021 00:28:00 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 519200376 | + | EDI: RMSC.COM | Jul 31 2021 00:28:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519200377 | + | EDI: RMSC.COM | Jul 31 2021 00:28:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519200378 | + | EDI: RMSC.COM | Jul 31 2021 00:28:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519200379 | + | EDI: RMSC.COM | Jul 31 2021 00:28:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519200380 | + | EDI: RMSC.COM | Jul 31 2021 00:28:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519200382 | + | EDI: RMSC.COM | Jul 31 2021 00:28:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519200384 | + | EDI: RMSC.COM | Jul 31 2021 00:28:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519200385 | + | EDI: RMSC.COM | Jul 31 2021 00:28:00 | Synchrony Bank/PC Richards & Sons, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519200386 | + | EDI: RMSC.COM | Jul 31 2021 00:28:00 | Synchrony Bank/Walmart, Po Box 530927, Atlanta, GA 30353-0927 |
| 519200390 |  | EDI: TFSR.COM | Jul 31 2021 00:28:00 | Toyota Financial Services, 4 Gatehall Dr. #350, Parsippany, NJ 07054 |
| 519200389 |  | EDI: TFSR.COM | Jul 31 2021 00:28:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 519200387 | + | EDI: WTRRNBANK.COM | Jul 31 2021 00:28:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519200394 |  | Email/Text: bknotice@upgrade.com | Jul 30 2021 20:27:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 519200393 |  | Email/Text: bknotice@upgrade.com | Jul 30 2021 20:27:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |

TOTAL: 71

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519200287 | *+ | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 519200288 | *+ | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 519200290 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519200291 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519200293 | *+ | Avant, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 519200296 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519200297 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519200299 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519200300 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519200305 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519200306 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519200307 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519200320 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519200321 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519200322 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519200338 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519200343 | *+ | Kia Motors Finance, Attn: Bankruptcy, P.O. Box 20825, Fountain Valley, CA 92728-0825 |

District/off: 0312-2     User: admin     Page 5 of 5
Date Rcvd: Jul 30, 2021     Form ID: 318     Total Noticed: 90

| | | |
|---|---|---|
| 519200340 | *+ | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 519200342 | *+ | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 519200349 | *+ | LendingUSA, Po Box 503430, San Diego, CA 92150-3430 |
| 519200347 | *+ | LendingUSA, Attn: Bankruptcy, 15303 Ventura Blvd, Ste 850, Sherman Oals, CA 91403-6630 |
| 519200381 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519200383 | *+ | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519200348 | ##+ | LendingUSA, Po Box 503430, San Diego, CA 92150-3430 |

TOTAL: 0 Undeliverable, 23 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jay L. Lubetkin | jlubetkin@rltlawfirm.com NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com |
| Jay L. Lubetkin | on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com |
| Mark Goldman | on behalf of Joint Debtor Victoria Marte yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Mark Goldman | on behalf of Debtor Marino Marte  JR. yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6